McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
MISDEMEANOR UNIT
Federal Building
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:07-cr-00174 SMS |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER FOR |
| | ) | DISMISSAL OF INFORMATION |
| v. | ) | |
| | ) | |
| HILLERY H. HOOD, | ) | ORDER Vacating Hearing date |
| | ) | of August 23, 2007 at 9:30a.m. |
| Defendant. | ) | |
| | ) | |

The United States Attorney's Office, pursuant to Rule 48(a)
of the Federal Rules of Criminal Procedure, hereby moves to
dismiss the Information against HILLERY H. HOOD without prejudice
in the interest of justice.

                                        Respectfully submitted,


                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED: July 24, 2007          By    /s/ Mark J. McKeon
                                        MARK J. McKEON
                                        Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED that the Information against HILLERY H. HOOD be dismissed, without prejudice, in the interest of justice.

IT IS FURTHER ORDERED that the hearing date of August 23, 2007 at 9:00a.m. is VACATED.


DATED:<u>7/26/2007</u>          <u>/s/ Sandra M. Snyder</u>
                               United States Magistrate Judge

<u>CERTIFICATE OF SERVICE BY MAIL</u>

UNITED STATES OF AMERICA,    ) CITATION No. G584233
                          )
        Plaintiff,    ) 1:07-cr-00174 SMS
                          )
    v.                )
                          )
HILLERY H. HOOD,        )
                          )
        Defendant.    )
_____)

    The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

    That on July 26, 2007, she served a copy of the attached:

        MOTION AND ORDER FOR DISMISSAL OF CITATION

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Fresno, California; or by placing said copy into an interoffice delivery receptacle located in the Clerk's Office of the U.S. District Court in Fresno, California.

| SERVICE BY MAIL | INTER-OFFICE DELIVERY |
|---|---|

Hillery H. Hood
*1942 S. GARDEN STREET*
*VISALIA, CA 93277*

 

_____
Maria Robles
Legal Assistant

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28